UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE D. HEFLIN,

      Plaintiff,

                                         Case No. 1:24-cv-523

v.

                                         HON. JANE M. BECKERING

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.

_____/

## **ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  Defendant VanderWiel filed a Motion for Summary Judgment (ECF No. 19).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 34) on April 30, 2026, recommending that this Court grant Defendant's motion and terminate this matter.  In addition, the Magistrate Judge recommended that an appeal would not be in good faith.  The Report and Recommendation was duly served on the remaining parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 34) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant VanderWiel's Motion for Summary Judgment (ECF No. 19) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on

other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with this Order.

Dated: June 4, 2026                           /s/ Jane M. Beckering
                                             JANE M. BECKERING
                                             United States District Judge